

# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

Wednesday, August 10, 2022

B. M.
* DELIVERED VIA E-MAIL & POSTAL *

Mr. Clint F. Sare
Law Office of Clint F. Sare
P.O. Box 1694
Bryan, TX 77806-1694
* DELIVERED VIA E-MAIL *

Ms. Caroline Carow
P.O. Box 149030
Agency Mail Code: E611
Austin, TX 78714
* DELIVERED VIA E-MAIL *

W. M., IV

Patricia Hardy
Hardy Law Firm, P.C.
PO Box 907
Madisonville, TX 77864-0907
* DELIVERED VIA E-MAIL *

RE:     Case Number:  22-0468
        Court of Appeals Number:  10-21-00324-CV
        Trial Court Number:  20-16841

Style:  IN THE INTEREST OF A.D., A.D., M.D., B.D., C.M. AND A.M., CHILDREN

Dear Counsel:

Today the Supreme Court of Texas issued the enclosed order in the above-referenced case.

Sincerely,

Blake A. Hawthorne, Clerk

by Brad Sonego, Deputy Clerk

cc:     District Clerk Madison County (DELIVERED VIA E-MAIL)
        Kathryn Bradley (DELIVERED VIA E-MAIL)
        Ms. Anna Maria Ford (DELIVERED VIA E-MAIL)
        Ms. Vicki Kozikoujekian (DELIVERED VIA E-MAIL)
        Ms. Nita Whitener (DELIVERED VIA E-MAIL)



FILE COPY

**THE SUPREME COURT OF TEXAS**
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**